# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 18-02283JVS(JDEx) | Date | January 8, 2020 |
| Title | Kenneth Perez v Medicredit, et al | | |

Present: The Honorable **James V Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] Order to Show Cause re Dismissal

Plaintiff Kenneth Perez ("Perez") is ordered to show cause why the Court should not dismiss the action for failure to prosecute in Court Room 10C, United States Court House, 411 W. 4th Street, Santa Ana, CA 92701 at 10:00 a.m., February 3, 2020. He shall personally appear.

Perez shall file and serve a written response to the Order to Show Cause no later than January 27, 2020.

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |